**FILED**
AUG - 9 2024
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                Deputy Clerk

Fill in this information to identify the case:

United States Bankruptcy Court for the:

**Central** District of **California**
(State)

Case number (If known): _____ Chapter **11**

☐ Check if this is an amended filing

Official Form 205

# Involuntary Petition Against a Non-Individual

12/15

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

## Part 1: Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed

1. **Chapter of the Bankruptcy Code**

    Check one:
    ☐ Chapter 7
    ☑ Chapter 11

## Part 2: Identify the Debtor

2. **Debtor's name**   Irwin Naturals

3. **Other names you know the debtor has used in the last 8 years**

    Include any assumed names, trade names, or *doing business as* names.

4. **Debtor's federal Employer Identification Number (EIN)**

    ☐ Unknown
    **45-0463960**
    EIN

5. **Debtor's address**

    **Principal place of business**

    23000 Saddle Peak Rd
    Number    Street

    Topanga         CA   90290
    City            State  ZIP Code

    U.S.A
    County

    **Mailing address, if different**

    Number    Street

    P.O. Box

    City    State    ZIP Code

    **Location of principal assets, if different from principal place of business**

    Number    Street

    City    State    ZIP Code

Official Form 205    Involuntary Petition Against a Non-Individual    page 1

Debtor  **Irwin Naturals**  Case number (if known) _____
      <u>Name</u>

| | | |
|---|---|---|
| **6.** | **Debtor's website (URL)** | irwinnaturals.com |

| | | |
|---|---|---|
| **7.** | **Type of debtor** | ☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)) |
| | | ☐ Partnership (excluding LLP) |
| | | ☐ Other type of debtor. Specify: _____ |

| | | |
|---|---|---|
| **8.** | **Type of debtor's business** | *Check one:* |
| | | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | | ☑ None of the types of business listed. |
| | | ☐ Unknown type of business. |

| | | |
|---|---|---|
| **9.** | **To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor?** | ☑ No |
| | | ☐ Yes. Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                           MM / DD / YYYY |
| | | Debtor _____  Relationship _____ |
| | | District _____ Date filed _____ Case number, if known _____ |
| | |                                           MM / DD / YYYY |

**Part 3:**    **Report About the Case**

| | | |
|---|---|---|
| **10.** | **Venue** | *Check one:* |
| | | ☑ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district. |
| | | ☐ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |

| | | |
|---|---|---|
| **11.** | **Allegations** | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b). |
| | | The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a). |
| | | *At least one box must be checked:* |
| | | ☑ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount. |
| | | ☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |

| | | |
|---|---|---|
| **12.** | **Has there been a transfer of any claim against the debtor by or to any petitioner?** | ☑ No |
| | | ☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |

Debtor  **_Irwin Naturals_**  
      Name

Case number *(if known)* _____

| 13. Each petitioner's claim | Name of petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | Mark Judkins Consulting | money owed and overdue for services provided | $ 7,498 |
| | James L Shuster | money owed and overdue for services provided | $ 8,613.02 |
| | The Swanson Group | money owed and overdue for services provided | $ 59,778.53 |
| | | Total of petitioners' claims | $ 75,889.55 |

If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.

**Part 4:    Request for Relief**

**WARNING** – Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**     **Attorneys**

**Name and mailing address of petitioner**

_Mark Judkins Consulting_  
Name

_7402 3/4 Arizona Ave_  
Number    Street

_Los Angeles_     _CA_     _90045_  
City        State    ZIP Code

Printed name _____

Firm name, if any _____

Number    Street _____

City _____ State _____ ZIP Code _____

**Name and mailing address of petitioner's representative, if any**

_____  
Name

_____  
Number    Street

_____  
City        State    ZIP Code

Contact phone _____ Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  _8/7/2024_  
          MM / DD / YYYY

✗ _Mark Judkins Consulting_  
Signature of petitioner or representative, including representative's title

✗ _____  
Signature of attorney

Date signed _____  
        MM / DD / YYYY

Debtor **Irwin Naturals**
Name

Case number (if known) _____

---

**Name and mailing address of petitioner**

Name: James L Shuster

Number Street: 2213 Mendon Road

City: Woonsocket  State: RI  ZIP Code: 02895

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City ___ State ___ ZIP Code ___

Printed name: _____

Firm name, if any: _____

Number Street: _____

City ___ State ___ ZIP Code ___

Contact phone _____  Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8 / 8 / 2024
         MM / DD / YYYY

✗ _[signature]_
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed _____
      MM / DD / YYYY

---

**Name and mailing address of petitioner**

Name: The Swanson Group

Number Street: 2150 E. Lake Cook Rd., Ste 325

City: Buffalo Grove  State: IL  ZIP Code: 60089

**Name and mailing address of petitioner's representative, if any**

Name: _____

Number Street: _____

City ___ State ___ ZIP Code ___

Printed name: _____

Firm name, if any: _____

Number Street: _____

City ___ State ___ ZIP Code ___

Contact phone _____  Email _____

Bar number _____

State _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  8 / 9 / 2024
         MM / DD / YYYY

✗ The Swanson Group
Signature of petitioner or representative, including representative's title

✗ _____
Signature of attorney

Date signed _____
      MM / DD / YYYY

---

Official Form 205     Involuntary Petition Against a Non-Individual     page 4